STATE of Missouri, Respondent,

v.

Patrick Wayne SHOOK, Appellant.

No. WD 39500.

Missouri Court of Appeals,
Western District.

March 1, 1988.

David H. Miller, Richmond, for appellant.

Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and
TURNAGE and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from jury conviction of sodomy, § 566.060, RSMo 1986, and sentence to twelve years' imprisonment.

Affirmed. Rule 30.25(b).